# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00651-CV

---

**Lawrence Brandon Erlanson, Individually, and as Independent Executor of the Estate of Freddie Lindsay Erlanson, Appellant**

**v.**

**Teresa Erlanson, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2021PC0278, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This cause was abated by opinion dated November 18, 2022. The parties have filed a status report and a motion to extend the abatement until February 28, 2023 to allow the parties to finalize their settlement reached through mediation. We grant the motion and extend the abatement of this appeal. By February 28, 2023, the parties shall file a motion to dismiss this appeal, a motion to continue the abatement, a status report, or other appropriate motion; otherwise, this appeal will be reinstated.

Before Chief Justice Byrne, Justices Triana and Smith

Abated on Joint Motion

Filed: December 23, 2022